UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD MERRIWEATHER,

        Plaintiff,

v.

FEDERAL HOME LOAN MORTGAGE CORPORATION, *et al.*,

        Defendants.
_____/

Case No. 2:25-cv-12401

Hon. Brandy R. McMillion
United States District Judge

## JUDGMENT

In accordance with the Order Granting Defendant's Motion to Dismiss (ECF No. 7) and Denying Plaintiff's Motion to Remand (ECF No. 8), dated January 12, 2026,

**IT IS ORDERED AND ADJUDGED** that judgment is entered dismissing Plaintiffs complaint.

                              KINIKIA ESSIX
                              CLERK OF COURT

                      By:   s/L. Hosking
                              Deputy Clerk

Approved:

s/Brandy R. McMillion
BRANDY R. MCMILLION
United States District Judge
Dated: January 12, 2026
Detroit, Michigan